```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO
```

BAYER AG, et al.,

    Plaintiffs,       CIVIL NO. 98-1282 (RLA)
                          CIVIL NO. 98-1340 (RLA)
v.                        CIVIL NO. 98-1494 (RLA)
                          CIVIL NO. 98-1768 (RLA)
BIOVAIL LABORATORIES, INC., CIVIL NO. 01-1205 (RLA)
et al.,                   CIVIL NO. 01-1206 (RLA)

    Defendants.

## JUDGMENT

The Stipulation of Dismissal of Bayer and Pfizer's Claims against Biovail and Teva, filed on July 16, 2003 (docket No. **159**) is **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the claims asserted by plaintiffs in the above-captioned proceedings be and the same are hereby **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23rd day of July, 2003.

                                        RAYMOND L. ACOSTA
                                    United States District Judge